# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1611
Lower Tribunal No. 2022-CF-000767-A-O

_____

RASHARD SERAAJ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

January 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED